IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN CASTELLANO CANAR,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL MANAGEMENT SOLUTIONS, LLC d/b/a FMS FINANCIAL SOLUTIONS,<br><br>Defendant. | Civil Action No. 1:24-cv-1202 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff dismisses this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i) with prejudice against the Defendant Financial Management Solutions, LLC d/b/a FMS Financial Solutions, who has not filed an answer or a motion for summary judgment. The parties also stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

AND THIS CAUSE IS ENDED.

Respectfully submitted,
**JONATHAN CASTELLANO CANAR**

 /s/ *Kristi C. Kelly*
Kristi C. Kelly, DC No. 974872
Casey S. Nash, DC No. 1028868
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Phone: 703-424-7572
Fax: 703-591-0167
Email: kkelly@kellyguzzo.com
Email: casey@kellyguzzo.com
*Counsel for Plaintiff*

Dated: June 27, 2024